UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE MORALES, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v.-<br><br>THE RIVERDALE MANAGEMENT GROUP LTD., RIVERDALE AUTO CLINIC LLC, RIVERDALE ELITE WASH LLC, JAMES PACKES, and SAMANTHA PINEIRO,<br><br>        Defendants. | 24 Civ. 4474 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  By notice dated April 29, 2025, the Court-annexed Mediation Program reported to the Court that the parties have arrived at a mediated resolution to this matter. (Dkt. #44). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **May 30, 2025**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: April 30, 2025
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge